IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FAUSTINO X. BETANCOURT-COLON,

Plaintiff,

v.                                                        CIVIL NO. 23-1026 (HRV)

COSTA BAHIA HOTEL AND
CONVENTION CENTER, LLC,

Defendant.

## JUDGMENT

Pursuant to the order filed at Docket No. 57, judgment is hereby entered dismissing the instant action WITH PREJUDICE and without the imposition of costs or attorney's fees.

**IT IS SO ORDERED, ADJUDGED and DECREED.**

In San Juan, Puerto Rico this 12th day of July, 2024.

S/Héctor L. Ramos-Vega
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE

1